UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER L. PRYOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the )<br>Social Security Administration, )<br>Defendant. ) | Case No. 2:11CV00032 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Commissioner Michael J. Astrue's Motion to Remand the case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g) [ECF No. 11].

Sentence six provides that:

The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g). Commissioner Astrue argues that remand is proper because significant portions of the hearing recording are inaudible. Commissioner Astrue asserts that if the case is remanded, the Appeals Council will remand the case to an Administrative Law Judge to conduct a de novo hearing in order to produce a complete record.

The Court agrees that without a full and accurate account of the hearing, the administrative record is not complete. This procedural defect is good cause for remand. The Court remands this case pursuant to sentence six of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that Commissioner Astrue's Motion for Remand [ECF No. 11] is **GRANTED**.

Dated this   18th   day of October, 2011.

                                                                           *E. Richard Webber*
                                                                           _____
                                                                           E. RICHARD WEBBER
                                                                           SENIOR UNITED STATES DISTRICT JUDGE